ALBERT J. MORRIS, JR., an Infant, by ALBERT R. MORRIS, His Guardian ad Litem, Respondent, *v.* TOWN OF STAFFORD, Appellant.

(Argued January 22, 1935; decided February 26, 1935.)

598

*James L. Kelly* and *George W. Watson* for appellant.
*William J. Darch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and CROUCH, JJ.